**Opinion issued September 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00735-CR

———————————

## IN RE WILLIAM H. WARD, Relator

———

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, William H. Ward, has filed a pro se petition for writ of mandamus requesting that we compel the trial court to rule on a "Motion to Vacate."[1]

We **deny** relator's petition for writ of mandamus.

### PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

---

[1]     The underlying case is cause no. 9508871, in the Harris County Criminal Court at Law No. 5, the Hon. Margaret Harris presiding.

Do not publish.   TEX. R. APP. P. 47.2(b).